# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Louis Kalaitzidis, *on behalf of himself and others similarly situated* | |
| *Plaintiffs*, | Civil Case No.: 1:19-cv-00592 |
| -v- | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P 41(a)(1)(A)(i)** |
| Robins Food Corporation d/b/a Uncle Bill's Diner, Alexandra Botos, and Akis Botos, *jointly and severally* | |
| *Defendants.* | |

PLEASE TAKE NOTICE that Plaintiff Louis Kalaitzidis, by his attorneys Pardalis & Nohavicka, LLP hereby voluntarily dismisses his claims without prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: Astoria, New York
       May 19, 2019

**PARDALIS & NOHAVICKA LLP**

By:   _/s/Ariadne Panagopoulou_
      Ariadne Panagopoulou, Esq.
      *Attorneys for Plaintiff*